IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No: 1:18-cr-446 |
| | ) | |
| BRIAN THOMAS SAPP, | ) | The Honorable Anthony J. Trenga |
| | ) | |
| Defendant. | ) | |

**STATEMENT REGARDING CONTINUANCE OF SENTENCING HEARING**

The United States files this statement of non-opposition to the defendant's request for a continuance of the Sentencing Hearing to March 29, 2019, in order to make clear to the Court, the parties, and the 28 victims in this case, that the government had no option but to agree to the continuance and only did so very reluctantly. Since notifying the victims of the likely continuance, a number of victims have expressed "great disappointment," frustration, and a sense of being further victimized in this case. Some victims had already purchased plane tickets and taken time off work. At least one victim has a conflict and, sadly, can now no longer be present at the sentencing of the defendant. The government requests that the new sentencing date of March 29 hold firm so that victims are not again inconvenienced and let down.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

_____/s/_____
Russell L. Carlberg
Counsel for the United States
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314

## CERTIFICATE OF SERVICE

I certify that on this 12th day of March 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to counsel of record.

/s/
Russell L. Carlberg
Special Assistant United States Attorney LT
United States Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700
Fax: (703) 299-3982
Russell.L.Carlberg@usdoj.gov