UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>)<br>BRIAN THOMAS SAPP )<br>)<br>Defendant. )<br>_____) | Criminal No. 1:18-CR-446 |

### ORDER

Upon consideration of Defendant's Consent Motion to Continue Sentencing Hearing [Doc. No. 13] and Government's Statement Regarding Continuance of Sentencing Hearing [Doc. No. 15], it is hereby

ORDERED that Defendant's Consent Motion to Continue Sentencing Hearing [Doc. No. 13] be, and the same hereby is, GRANTED and Sentencing in this case previously scheduled for March 15, 2019 is CONTINUED to Friday, March 29, 2019 at 9:00 a.m., with no further continuances.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
March 12, 2019