# UNITED STATES DISTRICT COURT
## SENTENCING MINUTES

Date**: 3/29/2019**
Time: **10:33-11:50**
    **12:05-12:59**

Case No.**:**    **1:18-CR-446**
Judge**:**    **Hon. Anthony J. Trenga**
Reporter **:**   **Rhonda Montgomery**
Deputy Clerk: **Dani Zirk**
Interpreter**:**
Language**:**

**UNITED STATES of AMERICA**

     V.

**BRIAN THOMAS SAPP**

Counsel for Defendant
**Robert Jenkins**

Counsel for Government
**Russell Carlberg**

Court adopts PSI (**X**) without exceptions (   ) with exceptions:  **Govt.'s corrections to the PSIR have been made in the Addendum. Deft. objects to the 2-level enhancement for breach of private or public trust - overruled.**

**SENTENCING GUIDELINES** :

Offense Level**: 28**
Criminal History:  **I**
Imprisonment Range: Count 1: **78** to **97** months
                Count 2: **2** years consecutive to all other counts
Supervised Probation: Ineligible
Supervised Release:  Count 1: **1** to **3** years
               Count 2: **1** year
Fine Range: $ **25,000** to **$3,605,960**
Restitution $ **2,311,330.12**
Special Assessment: **$200** ($100 as to each count)

Court departs from Guidelines pursuant to:

_____USSG 5H1.4
_____USSG 5K1.1

_____USSG 5K2.12
_____USSG 5C1.2

**JUDGMENT OF THE COURT:**
BOP for a term of **108** months. This term of imprisonment consists of **84** months as to Count 1 and **24** months as to Count 2, to be served consecutively.
Supervised Release for a total of **4** years, with special conditions. This term consists of **3** years and to Count 1 and **1** year as to Count 2, to be served consecutively.
Supervised Probation for ___months, with special conditions.
Fine Imposed of $____ due and payable immediately.
Restitution of $ **2,311,330.12** payable immediately, with any unpaid balance to be paid in equal monthly installments of $200, to commence within 60 days of release, until paid in full.
Special Assessment **$200** ($100 as to each count)
(**X**) Fine/costs of incarceration waived.

**SPECIAL CONDITIONS**:
  **X**   The defendant shall pay restitution totaling $2,311,330.12. Restitution is payable immediately, with any remaining balance to paid in equal monthly installments of $200, to commence within 60 days of release, until paid in full. Each restitution payment shall be divided proportionately among the victims.
  **X**   The defendant shall apply all monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains, to the outstanding court-ordered financial obligation, or in a lesser amount to be determined by the court, upon the recommendation of the probation officer.
  **X**   The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.
  **X**   The defendant shall provide the probation officer access to any requested financial information.
  **X**   The defendant is prohibited from engaging in any aspect of the banking business, or any similar occupation where the defendant would have access to money.
  **X**   The defendant shall maintain full-time, verifiable employment, other than self-employment, and shall provide the probation officer access to any requested employment records.

  **X**   The defendant shall participate in a program approved by the United States Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial cost to be paid by the defendant, all as directed by the probation officer.

  **X**   The defendant shall participate in a program approved by the United States Probation Office for mental health treatment. The cost of this program is to be paid by the defendant as directed by the probation officer. The presentence report and attachments shall be disclosed to the treatment provider for therapeutic purposes.

**RECOMMENDATIONS to BOP**:

  **X**   Dft. to be designated to a facility located near the Western District of Pennsylvania, if available and appropriate

_____ Dft. designated to facility to participate in ICC (Boot Camp) type program

_____ Dft. to participate in the BOP 500 Hour Residential Drug Abuse Treatment Program (RDAP).

Defendant: (**X**) Remanded   ( )  Cont'd on Bond   ( ) Referred to USPO   ( ) Self-surrender